IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DYLAN JOSEPH JARDIN, <br><br> Defendant. | CR 19–05–BU–DLC <br><br> ORDER |

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture. Dylan Joseph Jardin appeared before the Court on June 10, 2019, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Jardin's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2).

IT IS ORDERED:

THAT Jardin's interest in the following property is forfeited to the United States in accordance with to 21 U.S.C. § 853(a)(1) and (2):

- $4,012.00 in United States Currency.

THAT the United States Marshals Service and the Drug Enforcement Administration are directed to seize the property subject to forfeiture and further to make a return as provided by law;

-1-

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 18th day of June, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court